

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00690-CV

Matthew **KUNKEL**,
Appellant

v.

**ACCELERATED INVENTORY MANAGEMENT, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV03570
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against appellant, Matthew Kunkel.

SIGNED December 7, 2022.

_____
Luz Elena D. Chapa, Justice